JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

J.E.,

        Plaintiff,

    v.

SAN BERNARDINO CITY UNIFIED SCHOOL DISTRICT,

        Defendants.

Case No. 5:24-cv-01778-AB (SPx)

**ORDER DISMISSING CIVIL ACTION**

Plaintiff's Notice of Settlement (Dkt. No. 85) advises the Court as follows:

The parties have entered into a final settlement agreement that has been approved by Defendant San Bernardino City Unified School District's Board of Education. That settlement agreement requires actions by Defendant San Bernardino City Unified School Districty through the year 2030.

The Court therefore **DISMISSES** this action with prejudice. The Court retains jurisdiction to enforce the settlement through December 31, 2030.

**SO ORDERED.**

Dated:  June 18, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1